UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:07-cv-23129-PCH
(Ancillary Proceeding to case No. 06-20975-Civ-Huck/Simonton)

MICHAEL I. GOLDBERG, as Receiver
for Worldwide Entertainment, Inc.,
The Entertainment Group Fund, Inc.,
American Enterprises, Inc., and
Entertainment Funds, Inc.,

Plaintiff,

v.

TIMOTHY OLCOTT,

Defendant.
_____/

**CLOSED CIVIL CASE**

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE is before the Court upon the Receiver's Notice of Voluntary Dismissal with Prejudice (the "Notice")(D.E. # 5). The Court having reviewed the Notice, considered the record and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that this action be **DISMISSED WITH PREJUDICE**. The parties shall bear their own respective attorneys' fees and costs in this action. All pending motions, if any, are **DENIED AS MOOT**. This case is **CLOSED**.

DONE AND ORDERED in Chambers on this 6th day of _____, 2008.

PAUL C. HUCK
U.S. DISTRICT COURT JUDGE,
SOUTHERN DISTRICT OF FLORIDA

Copies furnished to: All Counsel of Record

{FT509820;1}